United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALVARO CUBILLAN PEROZO, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL NO. 1:26-CV-00071 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § | |

## **ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

Signed on January 29, 2026.

_____
Rolando Olvera
United States District Judge